IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES ALEXANDER ALDAPE, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 5:22-cv-368-FB-HJB |
| | § | |
| CENLAR FSB, | § | |
| *Defendant.* | § | |

## DEFENDANT'S SUPPLEMENT TO REMOVAL

Pursuant to 28 U.S.C. §1446(a), Defendant files this Supplement to Removal with the remainder of the State Court file including copies of a full civil docket sheet, cash deposit in lieu of bond and Temporary Restraining Order filed in the 37th Judicial District Court of Bexar County, Texas.

Respectfully submitted,

By:   /s/ *Shelley L. Hopkins*
Shelley L. Hopkins
State Bar No. 24036497
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Robert D. Forster, II
State Bar No. 24048470
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 386-5040(972) 341-0734 (Facsimile)
RobertFO@bdfgroup.com
**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

       Pursuant to Federal Rules of Civil Procedure, the foregoing has been filed with the Court via CM/ECF and I certify that a true and correct copy of the foregoing has been sent on this the 20th day of April, 2022 to all parties of record.

***VIA ECF*:**
Barry L. Efron
Efron & Efron, Inc.
10010 San Pedro Avenue, Suite 660
San Antonio, Texas 78216
befron@efron-efron.com
**ATTORNEYS FOR PLAINTIFF**

                                       */s/ Shelley L. Hopkins*
                                       Shelley L. Hopkins