**BEXAR COUNTY DISTRICT CLERK**

# CASE SUMMARY
## CASE NO. 2022CI06051

| | | |
|---|---|---|
| **JAMES ALEXANDER ALDAPE VS Cenlar FSB** § § § § | Location: Judicial Officer: Filed on: | **37th District Court** **37th, District Court** **03/31/2022** |

---

### CASE INFORMATION

**Statistical Closures**
04/14/2022    CASE CLOSED CHANGE OF VENUE (OCA)

Case Type: **QUIET TITLE**

Case Status: **04/14/2022   Disposed**

---

### PARTY INFORMATION

| | | | *Attorneys* |
|---|---|---|---|
| **Plaintiff** | **ALDAPE, JAMES ALEXANDER** *13851 Wondering Oak* *San Antonio, TX 78247* | | **Efron, Barry L.** *Retained* 210-366-9676(W) *Attorney At Law* *10010 San Pedro Ave., Ste. 660* *San Antonio, TX 78216-3804* befron@efron-efron.com |
| **Defendant** | **Cenlar FSB** *400 N SAM HOUSTON PKWY E SUITE 900A* *Houston, TX 77060* | | **HOPKINS, SHELLEY L** *Retained* 512-600-4320(W) *3 Lakeway Centre CT* *STE 110* *Lakeway, TX 78734-2692* SHELLEY@HOPKINSLAWTEXAS.COM |

---

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| | **EVENTS** |
| 03/31/2022 | New Cases Filed (OCA) |
| 03/31/2022 | 📄 PETITION |
| 04/04/2022 | 📄 TEMPORARY RESTRAINING ORDER (OCA) (Judicial Officer: CANALES, DAVID A. ) |
| 04/05/2022 | 📄 CASH BOND (Judicial Officer: 37th, District Court )  Party: Plaintiff ALDAPE, JAMES ALEXANDER  Party 2: Defendant Cenlar FSB  *TRO BOND: $150.00 CASH DEPOSIT IN LIEU OF BOND* |
| 04/14/2022 | 📄 ORIGINAL ANSWER OF  CENLAR FSB |
| 04/14/2022 | 📄 NOTICE OF REMOVAL TO FEDERAL COURT |
| 04/18/2022 04/14/2022 | NOTICE OF ORDER POSTCARD RULE 306A  **Statistical Closure**  CASE CLOSED CHANGE OF VENUE (OCA) |
| | **HEARINGS** |
| 04/18/2022 | **SETTING ON TEMPORARY RESTRAINING ORDER** (9:00 AM)  Events: 04/04/2022 TEMPORARY RESTRAINING ORDER (OCA) |
| DATE | FINANCIAL INFORMATION |
| | **Plaintiff** ALDAPE, JAMES ALEXANDER  Total Charges                                                                                      352.00  Total Payments and Credits                                                                 352.00 |

BEXAR COUNTY DISTRICT CLERK

# CASE SUMMARY
### CASE NO. 2022CI06051

| | |
|---|---:|
| **Balance Due as of 04/19/2022** | 0.00 |

FILED
DISTRICT CLERK
BEXAR CO. TEXAS

22 APR -5 AM 9: 10

BY _____ DEPUTY

Certificate of District Clerk That Plaintiff(s)

Made Cash Deposit In Lieu Of

Temporary Restraining Order Bond

The State of Texas                    37th District Court Judicial District Court

County of Bexar

I, Mary Angie Garcia, Clerk of the District Courts in and for Bexar County, Texas do hereby certify that JAMES ALEXANDER ALDAPE in Cause No. 2022CI06051, Styled JAMES ALEXANDER ALDAPE VS Cenlar FSB, have this day deposited the sum of ONE HUNDRED FIFTY DOLLARS AND ZERO CENTS ($150.00) cash, which is the amount ordered by the Court in lieu of Temporary Restraining Order Bond.

WITNESS, Mary Angie Garcia, Clerk of the District Courts in and for Bexar County, Texas.

Given under my hand and seal of said Courts of Bexar County, Texas, 4/5/2022.



Approved on this 4/5/2022

DEPUTY Paul L. Dulin, II

MARY ANGIE GARCIA

DISTRICT CLERK

BEXAR COUNTY, TEXAS

** RECEIPT REQUIRED FOR REFUND OF FUNDS

CAUSE NO. 2022-CI-06051

| | | |
|---|---|---|
| **JAMES ALEXANDER ALDAPE,** | § | **IN THE DISTRICT COURT** |
| **Plaintiff** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **CENLAR FSB** | § | **37TH JUDICIAL DISTRICT** |
| | § | |
| **Defendant** | § | **BEXAR COUNTY, TEXAS** |



## TEMPORARY RESTRAINING ORDER

On April 4, 2022, the Court heard the Application for Temporary Restraining Order filed by **JAMES ALEXANDER ALDAPE**, Plaintiff herein.

Based upon the pleadings, records, documents filed by counsel, and the arguments of counsel at the hearing, **IT CLEARLY APPEARS:**

A. That unless **CENLAR FSB,** Defendant herein, is immediately restrained from foreclosing on the Property located at 13851 Wondering Oak, San Antonio, Texas, 78247, and Defendant will commit the foregoing before notice and a hearing on Plaintiff's Application for Temporary Injunction.

B. Plaintiffs will suffer irreparable harm if Defendant is not restrained immediately because they will lose ownership of the Property and the accumulated equity therein. There is no adequate remedy at law to grant Plaintiff complete, final and equal relief.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that **CENLAR FSB**, Defendant herein, and all officers, agents, servants, employees, agents, servants, successors and assigns, and attorneys of **CENLAR FSB** are **ORDERED** to immediately cease and desist from foreclosing the Property located at 13851 Wondering Oak, San Antonio, Texas, 78247 from the date of entry of this order until fourteen (14) days thereafter, or until further order of this Court. The real property subject of this Order is more particularly described as:

**LOT 19, BLOCK 6, NEW CITY BLOCK 18935, HUNTERS MILL SUBDIVISION, IN THE CITY OF SAN ANTONIO, BEXAR COUNTY,**

**TEXAS, ACCORDING TO PLAT THEREOF RECORDED IN VOLUME 9537, PAGES 214-216, DEED AND PLAT RECORDS OF BEXAR COUNTY, TEXAS.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's Application for Temporary Injunction be heard on April 18, 2022, at 9:00 A.M. in Presiding District Court, Room 1.09, Bexar County Courthouse, San Antonio, Texas. Defendant **CENLAR FSB** is commanded to appear at that time and show cause, if any exist, why a temporary injunction should not be issued against said Defendant.

The Clerk of the Court shall issue a temporary restraining order in conformity with the law and the terms of this order upon the filing by Plaintiff of the bond hereinafter set.

This order shall not be effective until Plaintiff deposits a bond in the amount of $150.00 with the Clerk in conformity with the law.

SIGNED and ENTERED on April 4, 2022 at 2:11, A.M./P.M.

APR 0 4 2022

_____
PRESIDING JUDGE

**David A. Canales**
**Presiding Judge**

**PREPARED BY AND APPROVED AS TO FORM AND CONTENT**

_Barry L. Efron_
**Barry L. Efron, TBN 00793003**
10010 San Pedro Avenue, Suite 660
San Antonio, Texas 78216
210-366-9676
befron@efron-efron.com
**Attorney for Plaintiff, James Alexander Aldape**