IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES ALEXANDER ALDAPE, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 5:22-cv-368-FB-HJB |
| CENLAR FSB, | § § § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff James Alexander Aldape ("Plaintiff") and Defendant Cenlar FSB ("Defendant") (collectively the "Parties"), hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted or could have been asserted by Plaintiff against Defendant are hereby dismissed with prejudice.

Respectfully submitted,

By:  /s/ *Shelley L. Hopkins*
Shelley L. Hopkins
State Bar No. 24036497
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Robert D. Forster, II
State Bar No. 24048470
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Ste. 100
Addison, Texas 75001

        (972) 386-5040  
        (972) 341-0734 (Facsimile)  
        RobertFO@bdfgroup.com

        **ATTORNEYS FOR DEFENDANT**

By:    /s/ *Barry L. Efron (with permission)*  
        Barry L. Efron  
        State Bar No. 00793003  
        Efron & Efron, Inc.  
        10010 San Pedro Avenue, Suite 660  
        San Antonio, Texas 78216  
        Tel: (210) 366-9676  
        Fax: (210) 634-2615  
        befron@efron-efron.com

        **ATTORNEYS FOR PLAINTIFF**